**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Judgin Transportation, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-2286798** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **7501 S Lemont Road, Suite 24**<br>**Woodridge, IL 60517**<br>Number, Street, City, State & ZIP Code | **6515 Barclay Court**<br>**Downers Grove, IL 60516**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **DuPage**<br>County | **Location of principal assets, if different from principal place of business**<br>**16135 New Avenue Lemont, IL 60439**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Judgin Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **Judgin Transportation, Inc.**
Name

Case number (*if known*)

Debtor   **Judgin Transportation, Inc.**

Name                                                      Case number (*if known*)

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Judgin Transportation, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 13, 2021**
MM / DD / YYYY

**X** **/s/ Jevgenij Golubovskij**                    **Jevgenij Golubovskij**
Signature of authorized representative of debtor        Printed name

Title   **President and Owner**

---

**18. Signature of attorney**

**X** **/s/ David Freydin**                    Date   **January 13, 2021**
Signature of attorney for debtor                    MM / DD / YYYY

**David Freydin**
Printed name

**Law Offices of David Freydin**
Firm name

**8707 Skokie Blvd**
**Suite 305**
**Skokie, IL 60077**
Number, Street, City, State & ZIP Code

Contact phone   **888-536-6607**        Email address   **david.freydin@freydinlaw.com**

**6286192 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Judgin Transportation, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 13, 2021**     X **/s/ Jevgenij Golubovskij**
                                      Signature of individual signing on behalf of debtor

                                        **Jevgenij Golubovskij**
                                        Printed name

                                         **President and Owner**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Judgin Transportation, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arvest Equipment Financing Division of Arvest Bank 818 Garrison Ave., 2nd Floor Fort Smith, AR 72901** | | **2021 Freightliner Cascadia; VIN: 3AKJHHDR4MSM U3354** | | $145,000.00 | $54,000.00 | $91,000.00 |
| **Arvest Equipment Financing Division of Arvest Bank 818 Garrison Ave., 2nd Floor Fort Smith, AR 72901** | | **2021 Freightliner Cascadia; VIN: 3AKJHHDR2MSM U3353** | | $145,000.00 | $54,000.00 | $91,000.00 |
| **BMO Harris Bank Attn: Bankruptcy Po Box 2035 Milwaukee, WI 53201** | | **2017 Vanguard trailer; VIN: 5V8VC5321HM708 315** | | $21,050.83 | $9,000.00 | $12,050.83 |
| **BMO Harris Bank Attn: Bankruptcy Po Box 2035 Milwaukee, WI 53201** | | **2017 Vanguard trailer; VIN: 5V8VC532XHM708 314** | | $21,050.83 | $9,000.00 | $12,050.83 |
| **BMO Harris Bank Attn: Bankruptcy Po Box 2035 Milwaukee, WI 53201** | | **2019 Vanguard trailer; VIN: 5V8VC5329KM906 230** | | $21,050.83 | $11,500.00 | $9,550.83 |
| **BMO Harris Bank Attn: Bankruptcy Po Box 2035 Milwaukee, WI 53201** | | **2019 Vanguard trailer; VIN: 5V8VC5322KM906 232** | | $21,050.83 | $12,000.00 | $9,050.83 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Judgin Transportation, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BMO Harris Bank Attn: Bankruptcy Po Box 2035 Milwaukee, WI 53201** | | **2019 Vanguard trailer; VIN: 5V8VC5329KM901853** | | $21,050.83 | $12,000.00 | $9,050.83 |
| **BMO Harris Bank Attn: Bankruptcy Po Box 2035 Milwaukee, WI 53201** | | **2019 Vanguard trailer; VIN: 5V8VC5320KM906231** | | $21,050.83 | $12,000.00 | $9,050.83 |
| **BMO Harris Bank Attn: Bankruptcy Po Box 2035 Milwaukee, WI 53201** | | **2019 Vanguard trailer; VIN: 5V8VC5328KM901861** | | $18,517.97 | $11,000.00 | $7,517.97 |
| **BMW Financial 430 E Ogden Ave Westmont, IL 60559** | | **2021 BMW X5** | | $65,923.00 | $55,000.00 | $10,923.00 |
| **Dal Financial 12553 S Laramie Ave. Alsip, IL 60803** | | **2018 Volvo VNL; VIN: 4V4NC9EH6JN889461** | | $63,369.42 | $33,000.00 | $30,369.42 |
| **Dal Financial 12553 S Laramie Ave. Alsip, IL 60803** | | **2017 Volvo VNL: VIN: 4V4NC9EHXHN988939** | | $54,847.99 | $32,000.00 | $22,847.99 |
| **Dal Financial 12553 S Laramie Ave. Alsip, IL 60803** | | **2018 Volvo VNL; VIN: 4V4NC9EH8JN894144** | | $80,382.05 | $30,000.00 | $50,382.05 |
| **Dal Financial 12553 S Laramie Ave. Alsip, IL 60803** | | **2018 Volvo VNL; VIN: 4V4NC9EH9JN894038** | | $74,474.02 | $35,000.00 | $39,474.02 |
| **Dal Financial 12553 S Laramie Ave. Alsip, IL 60803** | | **2018 Volvo VNL: VIN: 4V4NC9EH2JN89186** | | $84,118.10 | $45,000.00 | $39,118.10 |
| **Dal Financial 12553 S Laramie Ave. Alsip, IL 60803** | | **2018 Volvo VNL: VIN: 4V4NC9EH9JN891172** | | $77,618.11 | $45,000.00 | $32,618.11 |
| **Dal Financial 12553 S Laramie Ave. Alsip, IL 60803** | | **2017 Volvo VNL; VIN: 4V4NC9EH2HN990555** | | $64,539.34 | $33,000.00 | $31,539.34 |
| **DLL Financial Solution Services, In 1111 Old Eagle School Rd. Wayne, PA 19087** | | **2019 Freightliner Cascadia; VIN: 3AKJHHDR4KSHU7073** | | $103,300.00 | $40,000.00 | $63,300.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor   **Judgin Transportation, Inc.**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **DLL Financial Solution Services, In 1111 Old Eagle School Rd. Wayne, PA 19087** | | **2019 Freightliner Cascadia: VIN: 3AKJHHDR2KSHU 6410** | | **$100,430.00** | **$40,000.00** | **$60,430.00** |
| **Ryder Truck Rental c/o Walsh and Gaertner 24 East Fourth St. Saint Paul, MN 55101** | | **lease termination penalties** | **Contingent Disputed** | | | **$740,465.55** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Judgin Transportation, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ _____ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................... $ _____ **735,020.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ _____ **735,020.00**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................... $ _____ **1,349,763.95**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ _____ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ _____ **740,465.55**

4. Total liabilities ...............................................................................................................
   Lines 2 + 3a + 3b
   $ _____ **2,090,229.50**

---

**Fill in this information to identify the case:**

Debtor name        **Judgin Transportation, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase** | **Checking** | **2529** | $300.00 |
| 3.2. | **Bank of America** | **Checking** | **2475** | $1,220.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                                    $1,520.00
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☒ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☒ Yes Fill in the information below.

11.   **Accounts receivable**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Judgin Transportation, Inc.**                                    Case number *(If known)* _____
         Name

11a. 90 days old or less:          **22,000.00**    -    **0.00** = .... **$22,000.00**
                              face amount           doubtful or uncollectible accounts

---

12.    **Total of Part 3.**                                                 **$22,000.00**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2016 Volvo VNL; VIN:<br>4V4NC9EH7GN959137** | **$0.00** | **Liquidation** | **$35,000.00** |
| 47.2. **2018 Volvo VNL; VIN:<br>4V4NC9EH9JN894038** | **$0.00** | **Liquidation** | **$35,000.00** |
| 47.3. **2017 Volvo VNL; VIN:<br>4V4NC9EH2HN990555** | **$0.00** | **Liquidation** | **$33,000.00** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Judgin Transportation, Inc.**
Name

Case number *(If known)*

| | | | |
|---|---|---|---|
| 47.4. | **2018 Volvo VNL; VIN: 4V4NC9EH6JN889461** | $0.00  **Liquidation** | $33,000.00 |
| 47.5. | **2018 Volvo VNL: VIN: 4V4NC9EH9JN891172** | $0.00  **Liquidation** | $45,000.00 |
| 47.6. | **2018 Volvo VNL: VIN: 4V4NC9EH2JN89186** | $0.00  **Liquidation** | $45,000.00 |
| 47.7. | **2016 Volvo VNL; VIN: 4V4NC9EJ0GN963288** | $0.00  **Liquidation** | $32,000.00 |
| 47.8. | **2017 Volvo VNL: VIN: 4V4NC9EHXHN988939** | $0.00  **Liquidation** | $32,000.00 |
| 47.9. | **2018 Volvo VNL; VIN: 4V4NC9EH8JN894144** | $0.00  **Liquidation** | $30,000.00 |
| 47.10. | **2019 Freightliner Cascadia: VIN: 3AKJHHDR2KSHU6410** | $0.00  **Liquidation** | $40,000.00 |
| 47.11. | **2019 Freightliner Cascadia; VIN: 3AKJHHDR4KSHU7073** | $0.00  **Liquidation** | $40,000.00 |
| 47.12. | **2021 Freightliner Cascadia; VIN: 3AKJHHDR2MSMU3353** | $0.00  **Liquidation** | $54,000.00 |
| 47.13. | **2021 Freightliner Cascadia; VIN: 3AKJHHDR4MSMU3354** | $0.00  **Liquidation** | $54,000.00 |
| 47.14. | **2019 Hyundai trailer; VIN: 3H3V532CXKR450048** | $0.00  **Liquidation** | $12,000.00 |
| 47.15. | **2019 Wabbash trailer; VIN: 1JJV532D0KL110967** | $0.00  **Liquidation** | $12,000.00 |
| 47.16. | **2017 Vanguard trailer; VIN: 5V8VC532XHM708314** | $0.00  **Liquidation** | $9,000.00 |
| 47.17. | **2017 Vanguard trailer; VIN: 5V8VC5321HM708315** | $0.00  **Liquidation** | $9,000.00 |
| 47.18. | **2017 Vanguard trailer; VIN: 5V8VC5329HM702620** | $0.00  **Liquidation** | $9,000.00 |
| 47.19. | **2017 Vanguard trailer; VIN: 5V8VC5320HM702621** | $0.00  **Liquidation** | $9,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Judgin Transportation, Inc.**                                         Case number *(If known)* _____
         Name

| | | | |
|---|---|---|---|
| 47.20· | **2019 Vanguard trailer; VIN: 5V8VC5320KM901854** | $0.00 | **Liquidation** | $12,000.00 |
| 47.21· | **2019 Vanguard trailer; VIN: 5V8VC5328KM901861** | $0.00 | **Liquidation** | $11,000.00 |
| 47.22· | **2019 Vanguard trailer; VIN: 5V8VC5329KM906230** | $0.00 | **Liquidation** | $11,500.00 |
| 47.23· | **2019 Vanguard trailer; VIN: 5V8VC5320KM906231** | $0.00 | **Liquidation** | $12,000.00 |
| 47.24· | **2019 Vanguard trailer; VIN: 5V8VC5329KM901853** | $0.00 | **Liquidation** | $12,000.00 |
| 47.25· | **2019 Vanguard trailer; VIN: 5V8VC5322KM906232** | $0.00 | **Liquidation** | $12,000.00 |
| 47.26· | **2017 Vanguard trailer; VIN: 5V8VC532XHM708314** | $0.00 | **Liquidation** | $9,000.00 |
| 47.27· | **2017 Vanguard trailer; VIN: 5V8VC5321HM708315** | $0.00 | **Liquidation** | $9,000.00 |
| 47.28· | **2021 BMW X5** | $0.00 | **Liquidation** | $55,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

51.   **Total of Part 8.**                                                                          | **$711,500.00** |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Judgin Transportation, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ■ No. Go to Part 11.
- ☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ■ No. Go to Part 12.
- ☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Judgin Transportation, Inc.**_____    Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,520.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $22,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $711,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $735,020.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $735,020.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Judgin Transportation, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **Arvest Equipment Financing**

Creditor's Name

**Division of Arvest Bank
818 Garrison Ave., 2nd Floor
Fort Smith, AR 72901**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
1487**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Freightliner Cascadia; VIN: 3AKJHHDR2MSMU3353**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$145,000.00                    $54,000.00

---

**2.2** **Arvest Equipment Financing**

Creditor's Name

**Division of Arvest Bank
818 Garrison Ave., 2nd Floor
Fort Smith, AR 72901**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2021 Freightliner Cascadia; VIN: 3AKJHHDR4MSMU3354**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$145,000.00                    $54,000.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **Judgin Transportation, Inc.**
_____
Name

Case number (if known) _____

---

| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

---

**2.3** | **BMO Harris Bank**
Creditor's Name

**Attn: Bankruptcy**
**Po Box 2035**
**Milwaukee, WI 53201**
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2017 Vanguard trailer; VIN:**
**5V8VC532XHM708314**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$1,194.88 | $9,000.00

| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

---

**2.4** | **BMO Harris Bank**
Creditor's Name

**Attn: Bankruptcy**
**Po Box 2035**
**Milwaukee, WI 53201**
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2017 Vanguard trailer; VIN:**
**5V8VC5321HM708315**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$1,194.88 | $9,000.00

| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

---

**2.5** | **BMO Harris Bank**
Creditor's Name

**Attn: Bankruptcy**
**Po Box 2035**
**Milwaukee, WI 53201**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2017 Vanguard trailer; VIN:**
**5V8VC5329HM702620**

**Describe the lien**
**Purchase Money Security**

$6,954.30 | $9,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 12

Debtor  **Judgin Transportation, Inc.**                               Case number (if known) _____
        _____
        Name

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **BMO Harris Bank** | | $6,954.30 | $9,000.00 |

**BMO Harris Bank**
Creditor's Name

**Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**2017 Vanguard trailer; VIN: 5V8VC5320HM702621**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **BMO Harris Bank** | | $18,517.97 | $12,000.00 |

**BMO Harris Bank**
Creditor's Name

**Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**2019 Vanguard trailer; VIN: 5V8VC5320KM901854**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 12

| Debtor | **Judgin Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.8 | **BMO Harris Bank** | | Describe debtor's property that is subject to a lien | **$18,517.97** | **$11,000.00** |

Creditor's Name

**Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201**

Creditor's mailing address

**2019 Vanguard trailer; VIN:
5V8VC5328KM901861**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **BMO Harris Bank** | | Describe debtor's property that is subject to a lien | **$21,050.83** | **$11,500.00** |

Creditor's Name

**Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201**

Creditor's mailing address

**2019 Vanguard trailer; VIN:
5V8VC5329KM906230**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **BMO Harris Bank** | | Describe debtor's property that is subject to a lien | **$21,050.83** | **$12,000.00** |

Creditor's Name

**Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201**

Creditor's mailing address

**2019 Vanguard trailer; VIN:
5V8VC5320KM906231**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Judgin Transportation, Inc.**                                    Case number (if known)
Name

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $21,050.83 | $12,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201**

Creditor's mailing address

**2019 Vanguard trailer; VIN: 5V8VC5329KM901853**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $21,050.83 | $12,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201**

Creditor's mailing address

**2019 Vanguard trailer; VIN: 5V8VC5322KM906232**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $21,050.83 | $9,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201**

Creditor's mailing address

**2017 Vanguard trailer; VIN: 5V8VC532XHM708314**

**Describe the lien**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Judgin Transportation, Inc.**                          Case number (if known) _____
_____
Name

| | |
|---|---|
| | **Purchase Money Security** |
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| **Date debt was incurred** | Is anyone else liable on this claim? |
| | ☐ No |
| **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **1291** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.14**

| | | | |
|---|---|---|---|
| **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $21,050.83 | $9,000.00 |
| Creditor's Name | **2017 Vanguard trailer; VIN:** | | |
| **Attn: Bankruptcy** | **5V8VC5321HM708315** | | |
| **Po Box 2035** | | | |
| **Milwaukee, WI 53201** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Purchase Money Security** | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| **Date debt was incurred** | Is anyone else liable on this claim? | | |
| | ☐ No | | |
| **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **1290** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

**2.15**

| | | | |
|---|---|---|---|
| **BMW Financial** | Describe debtor's property that is subject to a lien | $65,923.00 | $55,000.00 |
| Creditor's Name | **2021 BMW X5** | | |
| **430 E Ogden Ave** | | | |
| **Westmont, IL 60559** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Purchase Money Security** | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☐ No | | |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | Check all that apply | | |

Debtor    **Judgin Transportation, Inc.**

Name

Case number (if known) _____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | | | |

**Dal Financial**

Creditor's Name

**12553 S Laramie Ave.**
**Alsip, IL 60803**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9871**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2016 Volvo VNL; VIN: 4V4NC9EH7GN959137**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$39,553.93          $35,000.00

---

| 2.1 7 | | | |

**Dal Financial**

Creditor's Name

**12553 S Laramie Ave.**
**Alsip, IL 60803**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2018 Volvo VNL; VIN: 4V4NC9EH9JN894038**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$74,474.02          $35,000.00

---

| 2.1 8 | | | |

**Dal Financial**

Creditor's Name

**12553 S Laramie Ave.**
**Alsip, IL 60803**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2017 Volvo VNL; VIN: 4V4NC9EH2HN990555**

Describe the lien
**Purchase Money Security**

$64,539.34          $33,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  7 of 12

Debtor   **Judgin Transportation, Inc.**
Name

Case number (if known)

---

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **Dal Financial** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2018 Volvo VNL; VIN: 4V4NC9EH6JN889461**

$63,369.42      $33,000.00

**12553 S Laramie Ave.**
**Alsip, IL 60803**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **Dal Financial** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2018 Volvo VNL: VIN: 4V4NC9EH9JN891172**

$77,618.11      $45,000.00

**12553 S Laramie Ave.**
**Alsip, IL 60803**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 8 of 12

| Debtor | **Judgin Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.2.1**

**Dal Financial**
Creditor's Name

**12553 S Laramie Ave.**
**Alsip, IL 60803**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2018 Volvo VNL: VIN: 4V4NC9EH2JN89186**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$84,118.10**          **$45,000.00**

---

**2.2.2**

**Dal Financial**
Creditor's Name

**12553 S Laramie Ave.**
**Alsip, IL 60803**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2016 Volvo VNL; VIN: 4V4NC9EJ0GN963288**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$39,426.95**          **$32,000.00**

---

**2.2.3**

**Dal Financial**
Creditor's Name

**12553 S Laramie Ave.**
**Alsip, IL 60803**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**2017 Volvo VNL: VIN: 4V4NC9EHXHN988939**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No

**$54,847.99**          **$32,000.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Judgin Transportation, Inc.**                                    Case number *(if known)* _____
        Name

                                                    ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 4 | **Dal Financial** | Describe debtor's property that is subject to a lien | $80,382.05 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**12553 S Laramie Ave.
Alsip, IL 60803**
Creditor's mailing address

**2018 Volvo VNL; VIN: 4V4NC9EH8JN894144**

**Describe the lien**
**Purchase Money Security**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

**Date debt was incurred**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 5 | **DLL Financial Solution Services, In** | Describe debtor's property that is subject to a lien | $100,430.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd.
Wayne, PA 19087**
Creditor's mailing address

**2019 Freightliner Cascadia: VIN: 3AKJHHDR2KSHU6410**

**Describe the lien**
**Purchase Money Security**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

**Date debt was incurred**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0220**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 6 | **DLL Financial Solution Services, In** | Describe debtor's property that is subject to a lien | $103,300.00 | $40,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Judgin Transportation, Inc.**

Name

Case number (if known) _____

---

Creditor's Name

**1111 Old Eagle School Rd.**
**Wayne, PA 19087**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2019 Freightliner Cascadia; VIN:**
**3AKJHHDR4KSHU7073**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | | | | |

**Transportation Alliance Bank**

Creditor's Name

**4185 Harrison Boulevard, Suite 200**
**Ogden, UT 84401**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2634**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2019 Hyundai trailer; VIN:**
**3H3V532CXKR450048**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,245.94        $12,000.00

---

| 2.2 8 | | | | |

**Wabash Financing**

Creditor's Name

**655 Business Center Dr.**
**Horsham, PA 19044**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6390**

Describe debtor's property that is subject to a lien
**2019 Wabbash trailer; VIN:**
**1JJV532D0KL110967**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$15,895.82        $12,000.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 11 of 12

| Debtor | **Judgin Transportation, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,349,763.95** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 12 of 12

**Fill in this information to identify the case:**

Debtor name __Judgin Transportation, Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$740,465.55** |
|---|---|---|---|

**Ryder Truck Rental**
**c/o Walsh and Gaertner**
**24 East Fourth St.**
**Saint Paul, MN 55101**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  __5750__

Basis for the claim:  __lease termination penalties__

Is the claim subject to offset?  ■ No  ☐ Yes

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 740,465.55 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 740,465.55 |

**Fill in this information to identify the case:**

Debtor name    **Judgin Transportation, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for one 2020 Volvo truck and three 2019 Mack trucks** | |
| | State the term remaining | | **Compass** |
| | List the contract number of any government contract | | **15W580 N. Frontage Road** |
| | | | **Willowbrook, IL 60527** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for three 2020 Volvo trucks** | |
| | State the term remaining | | **M & K Truck Centers** |
| | List the contract number of any government contract | | **5300 W Plattner Dr** |
| | | | **Alsip, IL 60803** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for parking spots for debtor's trucks and trailers** | |
| | State the term remaining | | **New Venture Properties LLC** |
| | List the contract number of any government contract | | **9100 W Plainfield Rd.** |
| | | | **Brookfield, IL 60513** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Debtor's office space** | |
| | State the term remaining | **month to month** | **One Heritage Limited Partnership** |
| | List the contract number of any government contract | | **7501 S Lemont Rd** |
| | | | **Suite 24** |
| | | | **Woodridge, IL 60517** |

| Debtor 1 | **Judgin Transportation, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.5.    State what the contract or lease is for and the nature of the debtor's interest    **Lease for trucks** | |
|      State the term remaining | **Ryder Truck Rental** <br> **c/o Walsh and Gaertner** <br> **24 East Fourth St.** |
|    List the contract number of any government contract | **Saint Paul, MN 55101** |

**Fill in this information to identify the case:**

Debtor name **Judgin Transportation, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Jevgenij Golubovskij** | **6515 Barclay Court Downers Grove, IL 60516** | **Arvest Equipment Financing** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Jevgenij Golubovskij** | **6515 Barclay Court Downers Grove, IL 60516** | **Arvest Equipment Financing** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Jevgenij Golubovskij** | **6515 Barclay Court Downers Grove, IL 60516** | **BMO Harris Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Jevgenij Golubovskij** | **6515 Barclay Court Downers Grove, IL 60516** | **BMO Harris Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Jevgenij Golubovskij** | **6515 Barclay Court Downers Grove, IL 60516** | **BMO Harris Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Judgin Transportation, Inc.** | Case number *(if known)* | |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | Jevgenij Golubovskij | 6515 Barclay Court<br>Downers Grove, IL 60516 | BMO Harris Bank | ▪ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Jevgenij Golubovskij | 6515 Barclay Court<br>Downers Grove, IL 60516 | BMO Harris Bank | ▪ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Jevgenij Golubovskij | 6515 Barclay Court<br>Downers Grove, IL 60516 | BMO Harris Bank | ▪ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Jevgenij Golubovskij | 6515 Barclay Court<br>Downers Grove, IL 60516 | BMO Harris Bank | ▪ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Jevgenij Golubovskij | 6515 Barclay Court<br>Downers Grove, IL 60516 | BMO Harris Bank | ▪ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Jevgenij Golubovskij | 6515 Barclay Court<br>Downers Grove, IL 60516 | BMO Harris Bank | ▪ D ___2.11___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Jevgenij Golubovskij | 6515 Barclay Court<br>Downers Grove, IL 60516 | BMO Harris Bank | ▪ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Jevgenij Golubovskij | 6515 Barclay Court<br>Downers Grove, IL 60516 | BMO Harris Bank | ▪ D ___2.13___<br>☐ E/F _____<br>☐ G _____ |

Debtor  **Judgin Transportation, Inc.**                                      Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 | **Jevgenij Golubovskij** | **6515 Barclay Court** **Downers Grove, IL 60516** | **BMO Harris Bank** | ■ D __2.14__<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | **Jevgenij Golubovskij** | **6515 Barclay Court** **Downers Grove, IL 60516** | **BMW Financial** | ■ D __2.15__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | **Jevgenij Golubovskij** | **6515 Barclay Court** **Downers Grove, IL 60516** | **Dal Financial** | ■ D __2.16__<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | **Jevgenij Golubovskij** | **6515 Barclay Court** **Downers Grove, IL 60516** | **Dal Financial** | ■ D __2.17__<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | **Jevgenij Golubovskij** | **6515 Barclay Court** **Downers Grove, IL 60516** | **Dal Financial** | ■ D __2.18__<br>☐ E/F ____<br>☐ G ____ |
| 2.19 | **Jevgenij Golubovskij** | **6515 Barclay Court** **Downers Grove, IL 60516** | **Dal Financial** | ■ D __2.19__<br>☐ E/F ____<br>☐ G ____ |
| 2.20 | **Jevgenij Golubovskij** | **6515 Barclay Court** **Downers Grove, IL 60516** | **Dal Financial** | ■ D __2.20__<br>☐ E/F ____<br>☐ G ____ |
| 2.21 | **Jevgenij Golubovskij** | **6515 Barclay Court** **Downers Grove, IL 60516** | **Dal Financial** | ■ D __2.21__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Judgin Transportation, Inc.** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.22 | **Jevgenij Golubovskij** | **6515 Barclay Court**<br>**Downers Grove, IL 60516** | **Dal Financial** | ■ D __2.22__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | **Jevgenij Golubovskij** | **6515 Barclay Court**<br>**Downers Grove, IL 60516** | **Dal Financial** | ■ D __2.23__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Jevgenij Golubovskij** | **6515 Barclay Court**<br>**Downers Grove, IL 60516** | **Dal Financial** | ■ D __2.24__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **Jevgenij Golubovskij** | **6515 Barclay Court**<br>**Downers Grove, IL 60516** | **DLL Financial Solution Services, In** | ■ D __2.25__<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | **Jevgenij Golubovskij** | **6515 Barclay Court**<br>**Downers Grove, IL 60516** | **DLL Financial Solution Services, In** | ■ D __2.26__<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | **Jevgenij Golubovskij** | **6515 Barclay Court**<br>**Downers Grove, IL 60516** | **Ryder Truck Rental** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.28 | **Jevgenij Golubovskij** | **6515 Barclay Court**<br>**Downers Grove, IL 60516** | **Transportation Alliance Bank** | ■ D __2.27__<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | **Jevgenij Golubovskij** | **6515 Barclay Court**<br>**Downers Grove, IL 60516** | **Wabash Financing** | ■ D __2.28__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**Judgin Transportation, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$6,274,767.00** |
   | **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$5,271,991.00** |
   | **For the fiscal year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$3,549,901.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

---

Debtor    **Judgin Transportation, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Dal Financial**<br>**12553 S Laramie Ave.**<br>**Alsip, IL 60803** | **10/01 -**<br>**12/31/2020** | **$75,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **BMO Harris Bank**<br>**Attn: Bankruptcy**<br>**Po Box 2035**<br>**Milwaukee, WI 53201** | **10/01 -**<br>**12/31/2020** | **$25,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **DLL Financial Solution Services, In**<br>**1111 Old Eagle School Rd.**<br>**Wayne, PA 19087** | **10/01  -**<br>**12/31/2020** | **$12,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Arvest Equipment Financing**<br>**Division of Arvest Bank**<br>**818 Garrison Ave., 2nd Floor**<br>**Fort Smith, AR 72901** | **10//01 -**<br>**12/31/2020** | **$12,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ryder Truck Rental**<br>**c/o Walsh and Gaertner**<br>**24 East Fourth St.**<br>**Saint Paul, MN 55101** | **Trucks and trailers** | **2020** | **$750,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | **Judgin Transportation, Inc.** | | Case number *(if known)* | |

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |

### Part 3:    Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

### Part 5:    Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |

### Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Judgin Transportation, Inc.**                                           Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of David Freydin** **8707 Skokie Blvd** **Suite 305** **Skokie, IL 60077** | **12/02/2020** | **various** | **$8,000.00** |
| | Email or website address **david.freydin@freydinlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

| Debtor | **Judgin Transportation, Inc.** | | Case number *(if known)* | |

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor   **Judgin Transportation, Inc.**                    Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Vadim Garbar**<br>**401 S. Milwaukee Ave.**<br>**Suite 160**<br>**Wheeling, IL 60090** | **2017 - present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Debtor    **Judgin Transportation, Inc.**                          Case number *(if known)* _____

statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Jevgenij Golubovskij | 6515 Barclay Court Downers Grove, IL 60516 | President and Owner | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | Jevgenij Golubovskij 6515 Barclay Court Downers Grove, IL 60516 | $80,000 | 01/01/2020 - 12/31/2020 | Salary |
| | Relationship to debtor Owner, President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Debtor    **Judgin Transportation, Inc.** _____    Case number *(if known)* _____

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 13, 2021** _____

**/s/ Jevgenij Golubovskij** _____    **Jevgenij Golubovskij** _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President and Owner** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Judgin Transportation, Inc.**

Debtor(s)

Case No.

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **HOURLY** |
| Prior to the filing of this statement I have received | $ | **8,000.00** |
| Balance Due | $ | **HOURLY** |

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_Date_

/s/David Freydin

**David Freydin**

*Signature of Attorney*

**Law Offices of David Freydin**
**8707 Skokie Blvd**
**Suite 305**
**Skokie, IL 60077**
**888-536-6607  Fax: 866-575-3765**
**david.freydin@freydinlaw.com**

*Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Judgin Transportation, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 13, 2021**

Signature    **/s/ Jevgenij Golubovskij**

**Jevgenij Golubovskij**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Judgin Transportation, Inc.**                                          Case No.
                                                         Debtor(s)        Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **63**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **January 13, 2021**                          **/s/ Jevgenij Golubovskij**
                                                       **Jevgenij Golubovskij/President and Owner**
                                                       Signer/Title

```
Arvest Equipment Financing
Division of Arvest Bank
818 Garrison Ave., 2nd Floor
Fort Smith, AR 72901


Arvest Equipment Financing
Division of Arvest Bank
818 Garrison Ave., 2nd Floor
Fort Smith, AR 72901


BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201


BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201


BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201


BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201


BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201


BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201


BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201
```

```
BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201


BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201


BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201


BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201


BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201


BMW Financial
430 E Ogden Ave
Westmont, IL 60559


Compass
15W580 N. Frontage Road
Willowbrook, IL 60527


Dal Financial
12553 S Laramie Ave.
Alsip, IL 60803


Dal Financial
12553 S Laramie Ave.
Alsip, IL 60803


Dal Financial
12553 S Laramie Ave.
Alsip, IL 60803
```

```
Dal Financial
12553 S Laramie Ave.
Alsip, IL 60803


Dal Financial
12553 S Laramie Ave.
Alsip, IL 60803


Dal Financial
12553 S Laramie Ave.
Alsip, IL 60803


Dal Financial
12553 S Laramie Ave.
Alsip, IL 60803


Dal Financial
12553 S Laramie Ave.
Alsip, IL 60803


Dal Financial
12553 S Laramie Ave.
Alsip, IL 60803


DLL Financial Solution Services, In
1111 Old Eagle School Rd.
Wayne, PA 19087


DLL Financial Solution Services, In
1111 Old Eagle School Rd.
Wayne, PA 19087


Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516


Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516


Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516
```

```
Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516
```

```
Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516
```

```
Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516
```

```
Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516
```

```
Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516
```

```
Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516
```

```
Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516
```

```
Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516
```

```
Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516
```

```
Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516
```

```
Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516
```

```
Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516


Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516


Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516


Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516


Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516


Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516


Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516


Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516


Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516


Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516


Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516
```

Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516


Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516


Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516


Jevgenij Golubovskij
6515 Barclay Court
Downers Grove, IL 60516


M & K Truck Centers
5300 W Plattner Dr
Alsip, IL 60803


New Venture Properties LLC
9100 W Plainfield Rd.
Brookfield, IL 60513


One Heritage Limited Partnership
7501 S Lemont Rd
Suite 24
Woodridge, IL 60517


Ryder Truck Rental
c/o Walsh and Gaertner
24 East Fourth St.
Saint Paul, MN 55101


Ryder Truck Rental
c/o Walsh and Gaertner
24 East Fourth St.
Saint Paul, MN 55101


Transportation Alliance Bank
4185 Harrison Boulevard, Suite 200
Ogden, UT 84401

Wabash Financing
655 Business Center Dr.
Horsham, PA 19044

# United States Bankruptcy Court
## Northern District of Illinois

In re  __Judgin Transportation, Inc.__

Debtor(s)

Case No. _____

Chapter  __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Judgin Transportation, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__January 13, 2021__

Date

__/s/ David Freydin__

__David Freydin__

Signature of Attorney or Litigant

Counsel for __Judgin Transportation, Inc.__

__Law Offices of David Freydin__

__8707 Skokie Blvd__
__Suite 305__
__Skokie, IL 60077__
__888-536-6607 Fax:866-575-3765__
__david.freydin@freydinlaw.com__